IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. HAJI, | ) | 4:14CV3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government has filed a motion for summary judgment, contending (1) that Plaintiff received notice of an administrative forfeiture action and (2) that due process requirements were satisfied. Because genuine issue of material fact exist regarding both of the government's contentions, the motion will be denied. Accordingly,

IT IS ORDERED:

1. Defendant's motion to restrict access to documents (filing 20) is granted, and, pursuant to NEGenR 1.3(a)(1)(B)(ii), access to filings 21 and 22 shall be restricted to attorneys of record and court users.

2. Defendant's motion for summary judgment (filing 19) is denied.

3. This matter is referred to Magistrate Judge Zwart for progression.

DATED this 8th day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge